

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

C21-2875 JST

April 19, 2021

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

FILED

Apr 21 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**Re:** **Transmittal of Notice of Appeal to District Court:**

**Srinivasan v. Fay Servicing LLC et al, Adv. 21-05002, Judge Stephen L. Johnson**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal and Statement of Elections

**Filing Fee:**   ☒ Paid $ 298.00       ☐ Not Paid       ☐ Fee Waived       ☐ Fee Waiver Pending

If you have any questions, please contact me at **408-278-7569**   .

Edward Emmons, Clerk
United States Bankruptcy Court

By: _/s/ Angela Wong_

Angela Wong    Deputy Clerk